UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD CHRISTOPHER GALKA,

        Plaintiff,                            Civil Action No. 11-13089

vs.                                           HON. MARK A. GOLDSMITH

WILLIAM COOPER, et al.,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR A CONTINUANCE

Before the Court is Plaintiff's "Motion for 21 Day Continuance" (Dkt. 31). According to the motion, Plaintiff requests an additional twenty-one days to file a response to the Court's show cause order (Dkt. 29). Plaintiff also requests that the Court adjourn the hearing regarding the show cause order until the Court has had sufficient time to review his response.

The Court has considered Plaintiff's motion and has determined that Plaintiff's request for a twenty-one day continuance is moot. After the Court issued its show cause order, the Court amended it by setting the response deadline for November 7, 2012 and the hearing date for November 28, 2012 (Dkt. 30). Subsequently, Plaintiff filed his motion for a continuance. Plaintiff then filed a response to the show cause order on November 13, 2012 (Dkt. 32). Therefore, Plaintiff does not need additional time to respond to the Court's show cause order.

As for Plaintiff's request to adjourn the hearing, the Court has determined that it will proceed with the hearing as previously ordered. Accordingly, Plaintiff shall personally appear

before the Court at the United States Courthouse, 600 Church Street, Flint, Michigan 48502 on

November 28, 2012 at 1:30 p.m.

    SO ORDERED.

Dated: November 15, 2012             s/Mark A. Goldsmith
    Flint, Michigan                MARK A. GOLDSMITH
                                                 United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 15, 2012.

                                                s/Amanda Chubb for Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager